RECEIVED

JAN 3 1 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| ALBERT BERNARD<br>LA. DOC #118658<br>VS. | CIVIL ACTION NO. 6:11-cv-0747<br><br>SECTION P<br><br>JUDGE DOHERTY |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 31 day of January, 2012.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE